IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICK BEARD

3152 Heritage Lane

Fort Worth, Texas 76140

817-4552955

    PLAINTIFF

VS.

HOMECOMINGS FINANCIAL NETWORK

P.O. BOX 890036

DALLAS, TEXAS 75389-0036

DEFENDANT

Sidney Thompson

3212 Miller Avenue

Fort Worth, Texas 76119

DEFENDANT

JP MORGAN CHASE

270 Park Avenue

New York, NEW YORK 10017-2070

DEFENDANT

Angela K. Randerman

5450 NW Suite 307

Suite 307

Houston, Texas 77092

DEFENDANT

CASE NUMBER 1:06CV01021

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/█/2006

**JURY ACTION**

COMPLAINT FOR FEDERAL COURT     1

CIVIL ACTION NUMBER:_____

## COMPLAINT FOR BUSINESS FRAUD AND DECEPTION

COMES NOW THE PLAINTIFF RICK BEARD AND FILES HIS COMPLAINT FOR BUSINESS FRAUD AND DECEPTION.

1. PLAINTIFF'S

*RICK BEARD*

*3152 HERITAGE LANE*

*FORT WORTH, TEXAS 76140*

2. DEFENDANT IS A MORTAGE COMPANY CONGLOMERATE AND THEIR ADDRESS IS:

*HOMECOMINGS FINANCIAL NETWORK*

*P.O. BOX 890036*

*DALLAS, TEXAS 75389-0036*

3. DEFENDANT IS A FEDERAL BANK AND THEIR ADDRESS IS:

JP MORGAN CHASE

270 Park Avenue

New York, NEW YORK 10017-2070

4.     DEFENDANT IS A TEXAS JP COURT JUDGE AND THEIR ADDRESS IS:

*Sidney Thompson*

*3212 Miller Avenue*

*Fort Worth, Texas 76119*

DEFENDANT IS A TEXAS JP COURT JUDGE AND THEIR ADDRESS IS:

*Angela K. Randerman*

*5450 NW Suite 307*

*Suite 307*

*Houston, Texas 77092*

ALLEGATION NUMBER 1

5.     THE DEFENDANT IN AN ARBITRARY AND CAPRICIOUS WAY HAVE CONSPIRED TO DEFRAUD THE PLAINTIFF OUT OF HIS HOME.

ALLEGATION NUMBER 2

6.     THE DEFENDANTS ARE IN SERIOUS VIOLATIONS OF STATE AND HOUSING FEDERAL LAWS NAMELY THE USE OF THE COMPANY'S UNSYSTEMATIC DEVISED AND TECHNIQUES TO UNJUSTLY TAKE HIS HOME. THIS IS BEING DONE WITH THE FULL KNOWLEDGE THAT THEY MAY BE IN SERIOUS VIOLATION OF FEDERAL LAW.

ALLEGATION NUMBER 3

7.     THE DEFENDANT IN THERE SEVERE AND CONSISTENT HASTE TO FORCE THE PLAINTIFF OUT OF HIS HOME HAS USED ALL KINDS OF TACTICS TO FORCE HIM OUT; THIS HAS BEEN DONE ILLREGARDLESS OF THE PLAINTIFFS EQUITY IN THE IN THE SYSTEMATIC PROCESS..

ALLEGATION NUMBER 4

8.     THE DEFENDANT HAS DELIBERATELY TAKEN ADVANTAGE OF THE PLAINTIFFS LACK OF KNOWLEGE ABOUT THE HOUSING INDUSTRY TO TRY TO ILLEGALLY FORCE HIM OUT OF HIS DOMOCILE. THIS ATTEMPT ON THE PART OF THE DEFENDANT TO ILLEGALLY REMOVE THE PLAINTIFF FROM HIS HOME IS BEING

DONE IN SPITE OF THE PLAINTIFF POSITIVE ATTEMPTS TO SOLVE THIS HOSTILE HOUSING TAKE OVER ON THE PART OF THE DEFENDANT.

### ALLEGATION NUMBER 5

9. THE DEFENDANTS THROUGH THE USE OF CALLOUS ACTIONS HAVE DEVELOPED A SCHEME TO TAKE THE PLAINTIFF'S HOME FROM HIM WITH OUT REAGARD FOR THE FEDERATED PROCESS.

TRIAL BY JURY :

JURY TRIAL REQUEST.

RELIEF REQUESTED

PLAINTIFF SEEKS JUDGMENT AS FOLLOWS:

A. DAMAGES IN THE AMOUNT OF 25,000,000 FOR THE MENTAL AND PHYSICAL STRESS WHICH THIS SITUATION HAS CAUSED HIM.

B. A FEDERAL INJUNCTION AND OR A CEASE AND DESIST ORDER TO PREVENT THE DEFENDANT FROM USING ANY SYSTEMATIC MEANS TO ILLEGALLY FORCE HIM FROM HIS HOME AND OR TO FORCE THE DEFENDANT TO COME TO THE TABLE AND WORK OUT A COMPROMISE.

RESPECTFULLY SUBMITTED:

_____

RICK BEARD

3152 HERITAGE LANE

FORT WORTH, TEXAS 76140