AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rick Beard, Pro se

**SUMMONS IN A CIVIL CASE**

V.

Homecomings Financial Network, Sidney Thompson, JP Morgan Chase, and Angela K. Randerman

CA    CASE NUMBER   1:06CV01021

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/  /2006

TO: (Name and address of Defendant)

JP MORGAN CHASE
270 Park Avenue
New York, NEW YORK 10017-2070

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~ PRO SE (name and address)

Rick Beard, Pro Se
3152 Heritage Lane
Fort Worth, Texas 76140

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     JUN - 1 2006

CLERK                          DATE

(By) DEPUTY CLERK

RECEIVED
JUN 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-14-06 |
| NAME OF SERVER (PRINT) Fannie Beard | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served:

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G Returned unexecuted:

G Other (specify): 6-14-06 By U.S. Certified mail

## STATEMENT OF SERVICE FEES [redacted]

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-14-06
Date

Jannie Beard
*Signature of Server*

3152 Heritage Lane
Fort Worth, TX 76140
*Address of Server*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J P Morgan Chase
270 Park Avenue
New York, NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Rey Sianes

C. Date of Delivery 6/12/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7005-1820-0000-8484

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540