AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rick Beard,  Pro se

**SUMMONS IN A CIVIL CASE**

V.

Homecomings Financial Network,Sidney
Thompson,JP Morgan Chase, and Angela K.
Randerman

CASE NUMBER   1:06CV01021

JUDGE: Reggie B. Walton

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/●/2006

TO: (Name and address of Defendant)

HOMECOMINGS FINANCIAL NETWORK
P.O. BOX 890036
DALLAS, TEXAS 75389-0036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▓▓▓▓▓ *PRO SE* (name and address)

Rick Beard, Pro Se
3152 Heritage Lane
Fort Worth,  Texas  76140

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                'JUN - 1 2006

CLERK                                              DATE

_Laureen Higgins_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  6-10-06 |
| NAME OF SERVER (PRINT)  Fannie Beard | TITLE |

*Check one box below to indicate appropriate method of service*

**G**   Served personally upon the defendant. Place where served: _____

**G**   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

**G**   Returned unexecuted: _____

**G**   Other (specify):  6-10-06 By U.S. Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-10-06     *Fannie Beard*
                         *Signature of Server*

              3152 Heritage Lane
              Fort Worth, TX
              *Address of Server*     76140

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Homecoming Financial
Network -1
P. O. Box 840036
Dallas, Texas
75389-0036

2. Article Number
(Transfer from service label)  7005-1820-0000-8484-4450

Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  JUN 10 2006  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  Juan F Jaxilor   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540