UNITED STATES DISTRICT COURT
District of Columbia

Rick Beard,

    Plaintiff

v.                                 Case No. 1:06CV01021

Homecomings Financial Network, et al.

    Defendants

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS OR PAPERS**

COMES NOW, Defendant, Homecomings Financial Network (Homecomings), by its attorneys, The Fisher Law Group, and hereby respectfully requests that this Court grant Defendant an extension of time to file its responsive pleadings or other permissible papers until July 14, 2006. For reasons, Defendant states:

1. On or about June 1, 2006, Plaintiff filed the instant action against four defendants, including Homecomings, and the Clerk's office issued Summonses to each defendant.

2. On or about June 14, 2006, Homecomings received the Summons and Complaint in its Dallas, Texas, offices.

3. According to the Court's docket, Plaintiff's wife sent the Summons and Complaint to Homecomings via certified mail on June 10, 2006, creating a June 30, 2006, deadline for Homecomings' responsive pleading or other permissible papers. Notably, Plaintiff waited until June 23, 2006, to file the return of service.

4. All litigation between Plaintiff and Homecomings regarding this Texas property to date, with the exception of the appeal to the Fifth Circuit Court of Appeals, have been filed in federal and/or state courts in Texas.

5. Undersigned counsel was retained earlier this week to represent Homecomings in this matter and has not had an opportunity to conduct an appropriate investigation to submit an Answer or evaluate the merits of other

permissible motions.

     6.    Plaintiff will not be prejudiced by the brief delay of two weeks, especially in light of the fact that Defendant Randerman's responsive pleading is not due until July 10, 2006.

                                         THE FISHER LAW GROUP

                                         /s/ Jeffrey B. Fisher
                                  by: JEFFREY B. FISHER
                                       MICHELLE E. STAWINSKI
                                      9440 Pennsylvania Avenue
                                             Suite 350
                                     Upper Marlboro, Maryland 20772
                                     (301) 599-7700

## Certificate of Service

     I HEREBY CERTIFY that on this 30th day of June, 2006, a copy of the foregoing Motion to Extend Time is being mailed first class, postage prepaid to:

Rick Beard
3152 Heritage Lane
Forth Worth, Texas 76140

                                       /s/ Jeffrey B. Fisher
                                     Jeffrey B. Fisher