UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICK BEARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOMECOMINGS FINANCIAL NETWORK, )<br>et al., )<br>)<br>Defendants. )<br>) | Case Number 1:06CV01021<br><br>Judge Reggie B. Walton |

**ORDER DISMISSING COMPLAINT AS TO**
**DEFENDANT JPMORGAN CHASE & CO.**

Upon consideration of the motion of defendant JPMorgan Chase & Co. to dismiss, and the entire record herein, and being duly advised of the premises thereof, it is this _____ day of _____, 2006 hereby

ORDERED that the motion is granted and that the Complaint is hereby DISMISSED as to defendant JPMorgan Chase & Co.

_____
U.S. District Judge

Copies to:

Gary C. Tepper, Esq.
Timothy W. Bucknell, Esq.
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339

Rick Beard
3152 Heritage Lane
Fort Worth, Texas 76140

- 2 -

Homecomings Financial Network
P.O. Box 89003
Dallas, Texas  75389-0036

Sidney Thompson
3212 Miller Avenue
Fort Worth, Texas  76119

Angela K. Randerman
5450 NW Suite 307
Houston, Texas  77092

- 2 -