UNITED STATES DISTRICT COURT

District of Columbia

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rick Beard,

Plaintiff

v.

Homecomings Financial Network, et al.

Defendants

Case No. 1:06CV01021

## RESPONSE OF PLAINTIFF IN OPPOSITION TO DEFENDANTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS OR PAPERS

COMES NOW, Rick Beard to the Honorable Judge of Said Court and Files his opposition To Defendant, Homecomings Financial Network (Homecomings), Motion For and Extension of Time To file Responsive Pleadings, and hereby respectfully requests that this Court does not grant Defendant an extension of time to file its responsive pleadings or other permissible papers until July 14, 2006. For reasons, Plaintiff states:

1. The Plaintiff properly served the defendant their summons. Yhey have had amply time to answer the complaint.

2. Plaintiff believes that the defendant is seeking unjust delay due to its other legal problems with the U.S. Justice Department for illegally taking other citizens homes away from them..

3. Defendant is seeking unjust delay in their answer which would amount to giving them 45 days to answer the complaint. This would cause an unfair burden on the plaintiff.

4. Plaintiff will be prejudiced by the brief delay of two weeks, especially in light of the fact that Defendants Randerman's answer has nothing to due with defendant's Homecomings Case.

Respectfully Submitted:

Rick Beard

3152 Heritage Lane

Forth Worth, Texas 76140

Certificate of Service

I, Rick Beard DO HEREBY CERTIFY that on this 1 day of July, 2006, a copy of the foregoing Legal Instrument is being mailed first class, postage prepaid to:

Jeffrey B. Fisher

THE FISHER LAW GROUP

:JEFFREY B. FISHER

and

MICHELLE E. STAWINSKI

9440 Pennsylvania Avenue

Suite 350

Upper Marlboro, Maryland 20772

Rick Beard, Pro Se