IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RICK BEARD §
Plaintiff, Pro Se §
§
VS. § CIVIL ACTION NO. 1:06-CV01021 RBW
§
HOMECOMINGS FINANCIAL NETWORK, §
SIDNEY THOMPSON, JP MORGAN CHASE, §
AND ANGELA K. RANDERMAN §
Defendants §

**DEFENDANT SIDNEY THOMPSON'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM, WITH BRIEF**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, Pro Se, files this motion to dismiss plaintiff's suit for failure to state a claim upon which relief can be granted, as authorized by Federal Rule of Civil Procedure 12(b)(6).

## A. INTRODUCTION

1. Plaintiff is Rick Beard; defendant is Sidney Thompson, a State of Texas judicial officer who, at this time, appears Pro Se.

2. Plaintiff attempts to sue defendant for "BUSINESS FRAUD AND DECEPTION."

3. In his complaint, plaintiff did not state a claim upon which relief can be granted. Therefore, the court should dismiss plaintiff's suit against, at least, this defendant Sidney Thompson, who at all relevant times acted in his official judicial capacity as a judicial officer in Texas.

4. The court has authority to dismiss a suit for failure to state a claim upon which relief can be granted if the complaint clearly demonstrates that plaintiff cannot prove any set of

facts that would entitle it to relief. Hishon v. King & Spalding, 467 U.S. 69, 73, 104 S. Ct. 2229, 2232 (1984).

5. In the complaint, plaintiff alleged, in pertinent part, that this defendant was part of a conspiracy "to defraud plaintiff out of his house." Plaintiff cannot succeed because this defendant enjoys the shield of absolute judicial immunity.

6. Plaintiff attempted to state a cause of action for fraud. Plaintiff, however, did not allege the necessary elements for fraud; for example, plaintiff omitted to plead that defendant made a false statement or misrepresentation of any nature. Therefore, even if plaintiff proves certain facts alleged in the complaint, he cannot prove the elements necessary to state a claim for fraud against this defendant.

7. Because plaintiff's factual allegations do not support a claim upon which relief can be granted, the court should dismiss this complaint.

Respectfully submitted,

Sidney Thompson

**SIDNEY THOMPSON**
Defendant, Pro Se
3212 Miller Avenue
Fort Worth, Texas 76119
817-531-5627 - Telephone
817-531-5633 - Facsimile

## CERTIFICATE OF SERVICE

I certify that on this the 28th day of June, 2006 a true and correct copy of the above pleading is being served on the Plaintiff, in accordance with the provisions of Rule 5, FED. R. CIV. P.:

Mr. Rick Beard
Plaintiff, Pro Se
3152 Heritage Lane
Fort Worth, Texas 76140

Sidney Thompson

**SIDNEY THOMPSON**