IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICK BEARD<br>     Plaintiff, Pro Se<br><br>VS.<br><br>HOMECOMINGS FINANCIAL NETWORK,<br>SIDNEY THOMPSON, JP MORGAN CHASE,<br>AND ANGELA K. RANDERMAN<br>     Defendants | §§§§§§§§§ | CIVIL ACTION NO. 1:06-CV01021 |

### ORDER ON DEFENDANT SIDNEY THOMPSON'S MOTION TO DISMISS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM

After considering defendant Sidney Thompson's motion to dismiss for plaintiff's failure to state a claim, and the response, if any, the court:

_____     GRANTS the motion and dismisses plaintiff's suit.

_____     DENIES the motion.

Signed on _____, 2006.

_____
**U.S. DISTRICT JUDGE**

APPROVED & ENTRY REQUESTED:

*[signature: Sidney Thompson]*
SIDNEY THOMPSON, Defendant Pro Se