UNITED STATES DISTRICT COURT
District of Columbia

Rick Beard,

    Plaintiff

v.                        Case No. 1:06CVOI021 *RBW*

Homecomings Financial Network, et al.

    Defendants

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS OR PAPERS

    COMES NOW, Plaintiff,, Pro Se, and hereby respectfully requests that this Court grant Plaintiff an extension of time to file its response July 6, 2006 until July 27, 2006. For reasons, Plaintiff states:

    1. On or about June 1,2006, Plaintiff filed the instant action against four defendants, including Homecomings, and the Clerk's office issued Summonses to each defendant.

    2. The Plaintiff respectively request that he be given an additional time of seven(7) days until July 7, 2006 to file his response to the Judges order of July 6, 2006.

    3.    Plaintiff believes that this additional time will provide him with an ample opportunity to provide the court with an adequate answer to the courts requests..

    4.    Plaintiff will not be prejudiced by the brief delay of 1 weeks.

Respectfully submitted:

Rick Beard, Pro Se
3152 Heritage Lane
Fort Worth, Texas 76140
817-455-2955

**RECEIVED**
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I, Rick Bear, Pro Se, The defendant in this case do hereby state that a true and corrected copy of the foregoing legal instrument has been mailed by U.S. certified mail this

_____ day
of July 2006 to the following parties listed below:

Jeffrey B. Fisher
9440 Penslyvania Avenue-Ste 350
Upper Marlboro, Maryland 20772

*HOMECOMINGS FINANCIAL NETWORK*
*P.O. BOX 890036*
*DALLAS, TEXAS 75389-0036*
*Sidney Thompson*
*3212 Miller Avenue*
*Fort Worth, Texas 76119*

*Angela K. Randerman*
**5450 NW Suite 307**
Suite 307
**Houston, Texas 77092**

**Rick Beard**
Pro Se