UNITED STATES DISTRICT COURT
District of Columbia

Rick Beard, Pro Se,

    Plaintiff,

v.      Case No.: 1-06CV01021

Homecomings Financial Network,
    et al.,

    Defendants.

**MOTION OF HOMECOMINGS FINANCIAL NETWORK TO DISMISS OR, IN THE ALTERNATIVE, TO CONSOLIDATE AND TRANSFER**

COMES NOW, Defendant Homecomings Financial Network (HFN), through its counsel, The Fisher Law Group, PLLC, and asks this Honorable Court, pursuant to Fed. R. Civ. Pro. 12 to Dismiss the Complaint filed by Plaintiff, or, in the alternative, to consolidate it with Plaintiff's pending matter in the United States District Court for the Northern District of Texas and transfer the matter to that

Court. In addition, Defendant HFN attaches its Memorandum in Support of the Motion of Homecomings Financial Network to Dismiss or, in the Alternative, to Consolidate and Transfer, which is incorporated as if fully set forth herein,

    Respectfully submitted,

    THE FISHER LAW GROUP, PLLC


      /s/ Jeffrey B. Fisher
by    Jeffrey B. Fisher (212308)
    Michelle E. Stawinski (MD15126)
    9440 Pennsylvania Avenue, Ste 350
    Upper Marlboro, Maryland 20772
    (301) 599-7700

*Attorneys for Defendant*
*Homecomings Financial Network*

Dated: July 14, 2006

## Certificate of Service

I HEREBY CERTIFY that on this 14th day of July, 2006, a copy of the foregoing Motion to Extend Time is being mailed first class, postage prepaid to:

Rick Beard
3152 Heritage Lane
Forth Worth, Texas 76140
*Pro Se Plaintiff*

Timothy W. Bucknell, Esq.
Gary C. Tepper, Esq.
ARENT FOX PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
*Attorneys for JPMorgan Chase & Co.*

  /s/  Jeffrey B. Fisher
Jeffrey B. Fisher