BAXTER & SCHWARTZ, P.C.                                    File Number 305002203

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | |
|---|---|
| IN RE: § <br> **RICK BEARD** § <br> Debtor § <br> _____ § <br> **HOMECOMINGS FINANCIAL** § <br> **NETWORK, AS SERVICING AGENT** § <br> **FOR MORTGAGE ELECTRONIC** § <br> **REGISTRATION SYSTEMS, INC., its** § <br> **successors in interest and assigns** § <br> Secured Creditor § <br> § <br> § <br> § | CASE NO. 05-41427-RFN-13 <br><br> CHAPTER 13 |

### CERTIFICATE OF DEFAULT AND
### NOTICE OF TERMINATION OF STAY

HOMECOMINGS FINANCIAL NETWORK, as servicing agent for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., its successors in interest and assigns and a secured creditor in the above-referenced case (hereinafter "Creditor") hereby certifies that RICK BEARD (hereinafter "Debtor") defaulted under the terms of an AGREED ORDER entered on or about June 9, 2005, (hereinafter "Agreed Order") between Debtor and Creditor. Said Agreed Order is incorporated herein by reference.

The Agreed Order conditionally modified the Automatic Stay under Section 362 of the Bankruptcy Code, 11 U.S.C. §362. The Debtor failed to cure post-petition regular monthly and additional monthly installments as required by the Agreed Order.

Debtor and Debtor's attorney were notified of the default by letter, dated September 15, 2005, which gave notice of the September 26, 2005 deadline to cure the default, in the amount of $4,447.48. Debtor failed to timely cure the default. Therefore, Debtor is not entitled to additional notices or opportunities to cure default.

**Exhibit No. 4**

Pursuant to the default provisions contained within the Agreed Order, the Automatic Stay was thereby terminated on that date as to Creditor, who shall have the continuing option to pursue its contractual, statutory, and other remedies as are available, including that necessary to gain possession and recover its interest in the real property known as 3152 HERITAGE LANE, FORT WORTH, TX 76140, and more particularly described in the legal description of the Agreed Order.

The provision of Rule 4001(a)(3) was waived and Creditor, its successors and assigns, may immediately enforce and implement the Order.

Respectfully Submitted,<br>
BAXTER & SCHWARTZ, P.C.<br>
/s/ Leena Ninan<br>
LEENA NINAN<br>
State Bar Number 24037187<br>
CRISTINA PLATON CAMARATA<br>
State Bar No. 16061560 (13685)<br>
5450 NW Central, Suite 307, Houston, Texas 77092<br>
Phone: (713) 933-1522 / Fax: (713) 460-3595<br>
Attorneys for Creditor

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate of Default was noticed electronically or mailed on 10/3/2005 via regular First Class Mail, postage prepaid, as listed below:

/s/ Leena Ninan
LEENA NINAN

| Debtor | Trustee | Debtor Attorney |
|---|---|---|
| RICK BEARD | TIM TRUMAN | PRO SE / RICK BEARD |
| 3152 HERITAGE LN. | 6851 N.E. LOOP 820, SUITE 300 | 3152 HERITAGE LN. |
| FORT WORTH, TX 76140 | FORT WORTH, TX 76180-6608 | FORT WORTH, TX 76140 |

Notices of Appearance
ANDREA F. ROOSTH
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201