

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the order of the Court.**

Signed June 16, 2006                                    United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 05-41427-rfn |
| RICK BEARD, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |

**DEFAULT ORDER CONFIRMING TERMINATION OF STAY**
(Docket Nos. 53 and 89)

Came on June 14, 2006, to be considered Debtor's Response to Homecomings Certificate of Default and Notice of Termination of Stay [Docket No. 53] (the "Debtor's Motion") and Homecomings' Reply to Debtor's Response to Movant's Certificate of Default and Notice of Termination of Stay and Request for Hearing to Determine that the Debtor's Motion was Denied and Confirmation that the Automatic Stay has Terminated [Docket No.89] (the "Homecomings Cross-Motion") in the above-styled and numbered proceeding. HomeComings Financial Network, Inc. as servicing agent for Mortgage Electronic Registration System, Inc. ("HomeComings") appeared by

and through its counsel, Sayuri Beltran, and it appearing to the Court that proper service of the Notice was made upon all parties in interest herein. Debtor filed a response and opposition to the Notice but failed to appear. The Trustee did not appear. After due consideration of the evidence, the pleadings, and argument of counsel. The Court finds that Debtor's Motion should be denied and Homecomings Cross-Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Debtor's Motion is hereby DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Homecomings Cross-Motion is GRANTED, and accordingly it is confirmed that the automatic stay was terminated on October 3, 2005, as to the real property known as 3152 Heritage Lane, Fort Worth, Texas 76140 and more particularly described as:

> LOT 42R, BLOCK 2, OF AUTUMN MEADOWS ADDITION, AN ADDITION TO THE CITY OF FOREST HILL, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDE 2182 PLAT RECORDS, TARRANT COUNTY, TEXAS.

# # #

G:\ORD-Server\activePDF\Sign\InputFolder\mclms\8607_318285.wpd