—135428NWMSHC//BEARD

# SUBSTITUTE TRUSTEE'S DEED

THE STATE OF TEXAS:

COUNTY OF TARRANT:

KNOW ALL MEN BY THESE PRESENTS

THAT on SEPTEMBER 23, 2003, RICK P. BEARD AND SPOUSE, FANNIE BEARD executed a certain Deed of Trust, which is of record IN VOLUME 17291, PAGE 57 of the Deed of Trust Records of TARRANT County, Texas, conveying to DON W. LEDBETTER as Trustee(s), the hereinafter described property, to secure the payment of that one Note in the original sum of $88,867.00, of even date with said Deed of Trust executed by RICK P. BEARD AND SPOUSE, FANNIE BEARD and payable to the order of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR SEBRING CAPITAL PARTNERS, LIMITED PARTNERSHIP and more fully described in said Deed of Trust and to which reference is hereby made; and

WHEREAS, said Deed of Trust provides that if default be made in the payment of the principal or interest of said Note, or any part thereof, as the same shall become due and payable, the holder thereof may mature the entire indebtedness evidenced by the same, and, at the request of the holder of said indebtedness, it shall be the duty of the Trustee or his successor to proceed and sell said property for the satisfaction of said debt, after giving notice in the manner and for the length of time as provided in said Deed of Trust and as required by the applicable laws of the State of Texas; and

WHEREAS, default having been made in the payment of said indebtedness, and the holder of said indebtedness having declared same due, I, KEVIN KEY ~~OR JAY JACOBS OR PETER CURRAN~~, grantor and duly appointed Substitute Trustee under the provisions of said Deed of Trust, having been requested by the holder of said indebtedness to proceed and enforce said trust, did on NOVEMBER 1, 2005 (that being the first Tuesday in said month), offer the property for sale at the Courthouse of TARRANT County, Texas, in the area designated by the Commissioners Court of such county, if an area has been designated by the Court, during the hours designated on the Notice of Non-judicial Foreclosure Sale, same being between 1:00 P.M. AND 4:00 P.M., at public auction, to the highest bidder, for cash; and

WHEREAS, the undersigned did give notice of the time, place and terms of said sale for at least twenty-one (21) days before the date of said sale by filing a true and correct copy of the Notice of Non-judicial Foreclosure Sale with the Clerk of TARRANT County, Texas, by serving notice of the proposed sale by certified mail on each debtor obligated to pay such indebtedness according to the records of such holder by the deposit of a copy of the Notice of Non-judicial Foreclosure Sale enclosed in a postpaid wrapper properly addressed to each debtor at debtor's most recent address as shown by the records of the holder of such indebtedness in a post office of official depository under the care and custody of the United States Postal Service, and by filing and posting notice thereof as provided by applicable law and the Deed of Trust in the County of TARRANT, Texas; and

WHEREAS, at such sale said property was struck off by me and sold to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER, ITS SUCCESSORS OR ASSIGNS , whose mailing address is C/O HOMECOMINGS FINANCIAL NETWORK 9275 SKY PARK COURT, SUITE 200, SAN DIEGO, CA, 92123, grantee, for the sum of $90,100.00, that being the highest and best bid obtained for same.

NOW, THEREFORE, the undersigned, KEVIN KEY ~~OR JAY JACOBS OR PETER CURRAN~~ as Substitute Trustee, for and in consideration of the sum of $90,100.00, cash to me in hand paid by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER, ITS SUCCESSORS OR ASSIGNS ; the receipt of which is hereby acknowledged and confessed, do hereby GRANT, BARGAIN, SELL and CONVEY unto the said MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER, ITS SUCCESSORS OR ASSIGNS , the following described property lying and being situated in TARRANT County, Texas, to-wit:

**Notice of Confidentiality Rights:** If you are a natural person, you may remove or strike any of the following information from this instrument before it is filed for record in the public records: Your social security number or your driver's license number.

Exhibit No. 5

M&S NO: 135418

LOT 42R, BLOCK 2, OF AUTUMN MEADOWS ADDITION, AN ADDITION TO THE CITY OF FOREST HILL, TARRANT COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET A, SLIDE 2142, PLAT RECORDS, TARRANT COUNTY, PLAT RECORDS, TARRANT COUNTY, TEXAS. TEXAS.

TO HAVE AND TO HOLD the hereinabove described property and premises unto the said MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER, ITS SUCCESSORS OR ASSIGNS and I, the undersigned, as Substitute Trustee, do hereby bind and obligate the said RICK P. BEARD AND SPOUSE, FANNIE BEARD to WARRANT and FOREVER DEFEND the title to said property and premises unto the said MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LENDER, ITS SUCCESSORS OR ASSIGNS against every person whomsoever lawfully claiming or to claim the same or any part thereof, insofar as I am authorized to do under said Deed of Trust.

IN WITNESS HEREOF, this instrument has been executed on NOVEMBER 1, 2005.

_____
KEVIN KEY ~~OR JAY JACOBS OR PETER CURRAN~~
Substitute Trustee

THE STATE OF TEXAS:

COUNTY OF DENTON:

BEFORE ME, the undersigned authority, on this day personally appeared KEVIN KEY ~~OR JAY JACOBS OR PETER CURRAN~~, known to me to be the person whose name is subscribed to the annexed Substitute Trustee's Deed, and acknowledged to me that said instrument was executed for the purposes and consideration therein expressed and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE ON NOVEMBER 1, 2005

My Commission Expires: _____

JENNIFER ZUCKMAN
NOTARY PUBLIC
STATE OF TEXAS
My Comm: Expires 09-24-2006

_____
Printed Name: _____
Notary Public in and for the State of Texas

Return To:
Mann & Stevens, P.C.
550 Westcott, Suite 560
Houston, Tx 77007