IN THE UNITED STATES BANKRUPTCY
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
CASE NO 05-41421-RFN-13

| | |
|---|---|
| IN RE | CASE NO. 05-41427-RFN-13 |
| RICK BEARD | § |
| Debtor — | § |
| HOMECOMING FINANCIAL NETWORK | § |
| NETWORK, AS SERVICING AGENT | § |
| FOR MORTGAGE ELELECTRONIC | § |
| REGISTRATION SYSTEMS, INC. | § |
| Succesors in interest and assigns | § |
| Secured Creditor | § |

**NOTICE OF DEBTORS'S MOTION AND MEMORANDUM BRIEF**
**MOTION FOR SHOW CAUSE TO SHOW WHY SUBPOENA SHOULD NOT BE ISSUED TO MOVANT AND TRUSTEE'S OFFICE FOR VIOLATING AUTOMATIC STAY OF DEBTOR**

Comes now the Debtor, to the Honorable Judge of the said court and respectfully files his MOTION FOR SHOW CAUSE TO SHOW WHY SUBPOENA SHOULD NOT BE ISSUED TO MOVANT AND TRUSTEE'S OFFICE FOR VIOLATING AUTOMATIC STAY OF DEBTOR and will respectfully show the court the following:

1. The movants and trustee office action is both premature and irresponsible at this time. The Debtor believes that they illegally conspired to sell the debtors house in serious violation of his chapter 13 automatic stay without the permission of the court. This serious and grave situation.

1

2. The originally proposed modified stay agreement was never really agreed to in part given the fact that the current agreement was under appeal.

3. Debtor was in the process of submitting his own proposed agreed order which is more in line with the debtors chapter 13 as originally proposed by him.

4. Movants attorney has prematurely accelerated his unjust model agreement with out consulting the Debtor.

5. His actions are premature and are not fully within the spirit of the chapter 13 process.

6. The house has now been illegally sold with out the courts permission and or order. Is the Trustees office now a Federal Bankruptcy court and the Judge of Record has no power to decide.

7. Debtor also requests that the Tarrant Sheriff's office be summons too.

8. The Judge of this court is a fair one; but we need to decide who in the movants attorney's office and or the trustees office is trying to circumvent his power.

9. The Debtor filed a timely response to certification.

WHEREAS ALL FACTORS, duly taken into consideration, the Debtors respectfully request that the show cause motion and or subpoena be issued as to such time that the court can conduct a hearing on this matter and that the debtors chapter 13 be allowed to continue.

(x) _____  12-NOV-05
RICK BEARD, MOVANT
3152 HERITAGE LANE
FORT WORTH, TEXAS 76140

**CERTIFICATE OF SERVICE**

I, RICK BEARD DOHEREBY CERTIFY THAT A TRUE AND CORRECTED COPY OF THE FOREGOING LEGAL INSTRUMENT HAS BEEN SERVED ON THE FOLLOWING PERSON LISTED BELOW THIS _____ DAY OF November, 2005 BY U.S. MAIL.

ANGELA K. RANDERSMANN    and  Leena Ninan
5450 NW CENTRAL-SUITE 307
HOUSTON, TEXAS  77092

Mann & Stevens, P.C.
Attorneys at Law
550 Westcott Street, Suite 560
Houston, Texas  77007-0900

_____
Rick Beard, Pro Se