UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICK BEARD,　　　　　Plaintiff,<br><br>v.<br><br>HOMECOMINGS FINANCIAL NETWORK, et al.,<br><br>　　　　　Defendants. | Case Number 1:06CV01021<br><br>Judge Reggie B. Walton |

**DEFENDANT JPMORGAN CHASE & CO.'S
<u>REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS</u>**

Defendant JPMorgan Chase & Co. ("Chase") has moved to dismiss the Complaint because it alleges no facts upon which relief can be granted. Plaintiff's Opposition is unintelligible. Transferring this case to Texas, as defendant Homecomings Financial Network and this Court have suggested, would unnecessarily require Chase to hire Texas counsel and re-brief this motion. Chase is not a party to the Texas bankruptcy litigation; only Homecomings is. Other federal court litigation relating to this matter has already been dismissed with prejudice. Thus, the "interest of justice," per 28 U.S.C. § 1406(a), would not be served by a transfer as to Chase, and the Court should simply dismiss the Complaint in so far as it applies to Chase.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　/s/ Gary C. Tepper
　　　　　　　　　　　　　　　　　　　　Gary C. Tepper (D.C. # 348698)
　　　　　　　　　　　　　　　　　　　　Timothy W. Bucknell (D.C. # 494493)
　　　　　　　　　　　　　　　　　　　　ARENT FOX PLLC
　　　　　　　　　　　　　　　　　　　　1050 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036-5339
　　　　　　　　　　　　　　　　　　　　(202) 857-6000

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
Dated: July 25, 2006　　　　　　　　　　JPMorgan Chase & Co.
LDR/177928.1

**CERTIFICATE OF SERVICE**

      I certify on this 25th day of July 2006, I caused the foregoing Defendant JPMorgan Chase & Co.'s Reply Memorandum in Support of Motion To Dismiss the Complaint of Plaintiff to be served by mail, first class, postage prepaid, upon:

> Rick Beard
> 3152 Heritage Lane
> Fort Worth, Texas  76140
>
> Sidney Thompson
> 3212 Miller Avenue
> Fort Worth, Texas  76119
>
> Angela K. Randerman
> 5450 NW Suite 307
> Houston, Texas  77092

and in accordance with the ECF rules upon counsel for Homecomings Financial Network, Jeffrey Fisher.

                                                      /s/ Gary C. Tepper
                                                      Gary C. Tepper