**PLAINTIFF'S RESPONSE TO DEFENDANTS JP MORGAN CHASE & CO'S REPLY MOTION IN SUPPORT OF MOTION TO DISMISS**

Rick Beard
[Address] 3152 Heritage Lane
Fort Worth, Texas 76140
Pro Se [Plaintiff]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action, File Number 1:06-cv-01021-RBW

| | |
|---|---|
| RICK BEARD,<br>  Plaintiff,<br><br>v.<br><br>Homecomings Financial et al,<br>  Defendant(s) | PLAINTIFF'S RESPONSE TO DEFENDANT'S JP MORGAN CHASE REPLY MOTION IN SUPPORT OF MOTION TO TO DISMISS |

  Plaintiff, Rick Beard has requested that the Court allow his case to continue. Defendant JP Morgan Chase is a party to Plaintiff's cases which are in The U.S. Bankruptcy Court and The Texas Supreme Court. Both Defendant's Homecomings financial were part of the real estate scheme which has been defrauding minorities out of their homes in Texas. The main focus of their schemes focused upon Blacks and Hispanics. These two defendants were conspiratorial partners. See the following pending cases:

| | | | | |
|---|---|---|---|---|
| 05-1010 | 11/30/2005 | | RICK BEARD | JP MORGAN CHASE BANK, ET AL. |
| 06-0615 | 7/18/2006 | RICK BEARD AND OCCUPANTS | HOMECOMINGS FINANCIAL ET AL. | |

1

These cases are in the Texas Supreme Court.

The Northern District of Texas is hearing Plaintiff's appeal on how his home was illegally sold.

Finally Plaintiff Beards case does have some merit when The United States Attorney General and The Justice Department has legal proceedings started against some of the defendants namely Homecomings Financial Network for this same financial scheme against blacks and Hispanics and other minorities all over the country for this. The Court in DC does have jurisdiction for this case. There are numerous cases in federal courts to attest to this.

CONCLUSION

12. Based on the above uncontroverted facts, Plaintiff is entitled to judgment as a matter of law, and this action should be awarded to the Plaintiff in the amount of $_____ with prejudice.

Dated: _____        Signed: _____
                                     Rick Beard Pro Se
                                     Plaintiff

CERTIFICATE OF CONFERENCE

I, RICK BEARD, THE PLAINTIFF. DOHEREBY STATE THAT I TRIED TO CALL THE DEFENDANTS, Homecomings Financial et al BY TELEPHONE ON _____ TO INFORM THEM OF MY INTENTIONS TO FILE THIS MOTION AND I COULD NOT REACH THEM.

CERTIFICATE OF SERVICE

I, RICK BEARD, THE PLAINTIFF IN THIS CASE DO HEREBY STATE THAT A COPY OF THE FOREGOING LEGAL DOCUMENT WAS MAILED BY U.S. CERTFIED MAIL WITH RETURN RECEIPT TO THE FOLLOWING PERSONS LISTED BELOW THIS __26th__ DAY OF ~~June~~ July 2006.

HOMECOMINGS FINANCIAL NETWORK

P.O. BOX 890036

DALLAS, TEXAS 75389-0036

DEFENDANT

Sidney Thompson

3212 Miller Avenue

Fort Worth, Texas 76119

DEFENDANT

3

**JP MORGAN CHASE**

270 Park Avenue

New York, NEW YORK 10017-2070

DEFENDANT

*Angela K. Randerman*

5450 NW Suite 307

Suite 307

Houston, Texas 77092

*[signature]*
RICK BEARD,   PRO SE