**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

Rick Beard
[Address] 3152 Heritage Lane-
Fort Worth, Texas 76140
Pro Se [Plaintiff]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action, File Number 1:06-cv-01021-RBW

| | |
|---|---|
| RICK BEARD, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Homecomings Financial et al et al, )<br>    Defendant(s) )<br> ) | PLAINTIFF'S NOTICE OF<br>MOTION AND MOTION FOR<br>DEFAULT JUDGEMENT |

To Defendant Homecomings Financial et al and Defendant's attorney of record:

PLEASE TAKE NOTICE that the undersigned will, and hereby does, move this Court for DEFAULT judgment, and will bring the motion on for hearing before the Court at
[location]:_____, on [date_____], at [time:_____am/pm, or as soon thereafter as counsel can be heard. The motion is based on this notice and motion, and on the attached supporting memorandum of points and authorities, exhibits, declarations, and affidavits, together with all the pleadings and papers filed in action, and on whatever argument and evidence may be presented at the hearing.

This motion is made on the basis that that defendant failed to answer this case on time, and that Plaintiff is entitled to default judgment.

Dated: _____          Signed: _____
                                              Rick Beard, Pro Se

1

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Rick Beard
[Address] 3152 Heritage Lane-
Fort Worth, Texas 76140
Pro Se [Plaintiff]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action, File Number 1:06-cv-01021-RBW

| | |
|---|---|
| RICK BEARD, )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>Homecomings Financial et al, )<br>    Defendant(s) )<br>  ) | PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGEMENT |

STATEMENT OF FACTS

1. This is an action for default judgment pursuant to Fed. R. Civ. P. and Local Rules of the Northern District of Texas.

2. This action is brought pursuant to federal rules of civil procedure and personal and civil rights and discrimination laws.

ARGUMENT

5. Fed. R. Civ. Is entitled to default judgment if the defendant did not answer the lawsuit in 20 days.

2

## CONCLUSION

12. Based on the above uncontroverted facts, Plaintiff is entitled to judgment as a matter of law, and this action should be awarded to the Plaintiff in the amount of $_____ with prejudice.

Dated: _____        Signed: _____
                                      Rick Beard Pro Se
                                      Plaintiff

CERTIFICATE OF CONFERENCE

I, RICK BEARD, THE PLAINTIFF. DOHEREBY STATE THAT I TRIED TO CALL THE DEFENDANTS, Homecomings Financial et al BY TELEPHONE ON _____ TO INFORM THEM OF MY INTENTIONS TO FILE THIS MOTION AND I COULD NOT REACH THEM.

CERTIFICATE OF SERVICE

I, RICK BEARD, THE PLAINTIFF IN THIS CASE DO HEREBY STATE THAT A COPY OF THE FOREGOING LEGAL DOCUMENT WAS MAILED BY U.S. CERTFIED MAIL WITH RETURN RECEIPT TO THE FOLLOWING PERSONS LISTED BELOW THIS _____ DAY OF June, 2006.

**HOMECOMINGS FINANCIAL NETWORK**

**P.O. BOX 890036**

**DALLAS, TEXAS 75389-0036**

**DEFENDANT**

**Sidney Thompson**

**3212 Miller Avenue**

**Fort Worth, Texas 76119**

**DEFENDANT**

3

*JP MORGAN CHASE*

270 Park Avenue

New York, NEW YORK 10017-2070

**DEFENDANT**

*Angela K. Randerman*

**5450 NW Suite 307**

Suite 307

**Houston, Texas 77092**

_____
RICK BEARD, PRO SE

**PROPOSED ORDER GRANTING DEFAULT JUDGMENT**

Rick Beard
[Address] 3152 Heritage Lane-
Fort Worth, Texas 76140
Pro Se [Plaintiff]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action, File Number 1:06-cv-01021-RBW

| | |
|---|---|
| RICK BEARD,<br>    Plaintiff,<br><br>v.<br><br>Homecomings Fininacial et al,<br>    Defendant(s) | PLAINTIFF'S NOTICE OF<br>MOTION AND MOTION FOR<br>DEFAULT JUDGEMENT |

Plaintiff's motion for default judgment came on regularly for hearing before this Court on [date]_____:RICK BEARD appeared as  Pro Se attorney for Plaintiff. _____ appeared as attorney for Defendant.

After considering the motion and all supporting and opposing documents, and the Court having heard oral argument of counsel, and otherwise being duly advised on all matters presented on this cause,

IT IS HEREBY ORDERED that the motion is GRANTED, and that this action is hereby granted to the Plaintiff with prejudice.

The Court reserves jurisdiction to determine costs and attorney's fees.

Dated: _____          Signed: _____
                                        United States District Judge

5