CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Rick Beard

)
)
vs. )   Civil Action No. 1:06cv-01021
)
)
Homecomings Financial Network et al )
)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __22nd__ day of __July__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)

was [were]:   [personally served with process on _____].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
JP Morgan Chase, Homecomings Financial Network, Sidney Thompson And Angela Randerman ].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Rick Beard, Pro Se

Attorney for Plaintiff(s) [signature]
3152 Heritage Lane
Fort Worth, Texas 76140

Bar Id. Number

Address and Telephone Number
817-455-2955