AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Rick Beard,

        Plaintiff(s)      )
                                 )   **APPEARANCE**

        vs.          )   CASE NUMBER    1:06-cv-01021 (RBW)
Homecomings Financial Network, et al.  )

        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Gary C. Tepper  as counsel in this
                                   (Attorney's Name)

case for:  JPMorgan Chase & Co.
             (Name of party or parties)

August 30, 2006                           /s/ Gary C. Tepper
Date                                       Signature

                                         Gary C. Tepper
D.C. Bar No. 348698                 Print Name
BAR IDENTIFICATION
                                         Arent Fox PLLC, 1050 Connecticut Ave., N.W.
                                         Address

                                         Washington, D.C.  20036
                                         City         State         Zip Code

                                         202-857-6000
                                         Phone Number