# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

RICK BEARD,                                )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )          Civil Action No. 06-1021 (RBW)
                                           )
HOMECOMINGS FINANCIAL                      )
NETWORK, et al.,                           )
                                           )
                    Defendants.            )
                                           )
_____   )


## ORDER TO SHOW CAUSE

On June 1, 2006, the pro se plaintiff, a resident of Texas, filed this action alleging fraud

and deception by the defendants, residents of Texas and New York, in connection with the sale

of the plaintiff's home during the pendency of his bankruptcy proceeding in the United States

Bankruptcy Court for the Northern District of Texas, Ft. Worth Division.[1] See Complaint

("Compl."); Memorandum in Support of the Motion of Homecomings Financial Network

("HFN") to Dismiss, or in the Alternative, to Consolidate and Transfer ("HFN's Mem.") at 2-4.

Currently pending before the Court are motions filed by each of the defendants seeking to

dismiss this case on various grounds.[2] Defendant HFN notes in its filing that the plaintiff's

_____

[1] The defendants are: (1) Homecomings Financial Network ("HFN"), Complaint ("Compl.") ¶ 2; (2) JPMorgan Chase, Compl. ¶ 3; (3) Sidney Thompson, the Sheriff of Tarrant County, Compl. ¶ 4; see also Memorandum in Support of the Motion of Homecomings Financial Network to Dismiss or, in the Alternative, to Consolidate and Transfer ("HFN's Mem.") at 3; and (4) Angela K. Randermann, the previous counsel for HFN in the plaintiff's bankruptcy proceeding, Compl. ¶ 4; see also HFN's Mem. at 3.

[2] The following motions are pending in this Court: (1) Defendant Sidney Thompson's Motion to Dismiss for Plaintiff's Failure to State a Claim, with Brief; (2) Defendant JPMorgan Chase & Co.'s Motion to Dismiss Complaint; (3) Motion of [HFN] to Dismiss or, in the Alternative, to Consolidate and Transfer; (4) Defendant

(continued...)

complaint in this case is substantially identical in every respect to complaints filed in prior cases

in another jurisdiction,[3] which have already been dismissed.  See HFN's Mem. at 2.

Accordingly, it is, this 11th day of September 2006, hereby

**ORDERED** that the plaintiff shall show cause by September 21, 2006, why his complaint

should not be dismissed on the grounds that it has been previously litigated.  Failure to respond

by the due date will result in the dismissal of this action.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

---

[2](...continued)
JPMorgan Chase & Co.'s Reply Memorandum in Support of Motion to Dismiss; (5) Motion of [HFN] for Protective Order; and (6) Angela K. Randermann's Motion to Dismiss.

[3] According to HFN, "[the] plaintiff previously filed this same [c]omplaint (1) on July 20, 2005, in the United States District Court for the Northern District of Texas (Dallas Division) at Civil Action Number 3 05CV1444-M; and (2) on November 22, 2005, in the United States District Court for the Western District of Texas (Austin Division) at Civil Action Number A05CA902SS.  Each case has been dismissed."  HFN's Mem. at 2.  HFN contends that "the only differences are that [the previous] complaints were filed exclusively against HFN and that the demand has increased to $25 million in the instant [c]omplaint."  Id.